-PROB 12
REVISED (05/90)

UNITED STATES DISTRICT COURT
for
<u>WESTERN DISTRICT OF TENNESSEE</u>

FILED BY _____ D.C.

05 JUN -8 PM 4: 15

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

U.S.A. vs. <u>VICTOR BOWEN</u>        Docket No. <u>2:02CR20162-2</u>

## Petition on Probation and Supervised Release

**COMES NOW** <u>Christy J. Henson</u> **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of <u>Victor Bowen,</u> who was placed on Probation by the Honorable <u>Jon Phipps McCalla</u> sitting in the Court at <u>Memphis, TN</u>, on the <u>15th</u> day of <u>November</u>, <u>2002</u>, who fixed the period of supervision at <u>five (5) years*</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall participate as directed in a program approved by the Probation Officer for treatment of narcotic addiction or drug or alcohol dependancy which may include testing for the detection of substance use or abuse.

2. The defendant shall pay restitution in the amount of $30,000. (Balance: $29,870)

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Bowen has struggled to make regular restitution payments due to long periods of unemployment. However, Mr. Bowen recently secured employment and a financial review concluded $50 per month would be appropriate toward his court ordered obligation.

**PRAYING THAT THE COURT WILL ORDER** Victor Bowen's restitution payments be set at $50 per month.

**ORDER OF COURT**

Considered and ordered this <u>8</u> day of <u>June</u>, 20<u>05</u> and ordered filed and made a part of the records in the above case.

_____
United States District Judge

**Respectfully,**

_____
Christy J. Henson
United States Probation Officer

Place: <u>Memphis, TN</u>

Date: <u>June 6, 2005</u>

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on <u>6-9-05</u>

92

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 92 in case 2:02-CR-20162 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT